THE STATE OF WISCONSIN, } SS. No. 21CV007069
CIRCUIT COURT, MILWAUKEE COUNTY

The State of Wisconsin, to the Sheriff of the County of Milwaukee, Greeting.

WHEREAS, By a Judgment of this Court in an action therein pending, between Loan Depot.Com Plaintiff and Anita M Jones, Lucinda Scott et al Defendant entered on the 31st day of August, A.D. 2026, wherein and whereby it was, among other things, adjudged that the following described premises, to-wit: 7725-7727 N 80th st. Milwaukee, WI 53223.

be sold at Public Auction by the Sheriff of Milwaukee County, and the said Sheriff having filed his report of such sale (which report has been duly confirmed by an order of this Court), and it appearing therefrom that EKO Home Investment LLC. became the lawful purchaser of said premises at such sale, and that said Sheriff had executed to him a Deed for said premises;

AND WHEREAS, On behalf of said purchaser proof has been made that the said premises are in the possession and occupation of Anita M. Jones, Lucinda Scott et all and that upon production of the Sheriff's Deed and a demand for the possession of said premises the said occupant refused and still refuses to deliver the possession thereof to him, said purchaser, in obedience to the said Judgment, and an order having this day been made herein, directing that this Writ of Assistance issue.

THEREFORE, We command you, that without delay, you eject and remove from said premises all and every person or persons holding and detaining the same, or any part thereof, against the said purchaser; and that you put the said purchaser in the full, quiet and peaceable possession of the said Judgment of the said Court, and that you certify to the Judge of our said Court, at the County of Milwaukee, your doings herein, with all convenient speed.

WITNESS, the Honorable Michael J. Hanrahan Judge of the Circuit Court, this 9th day of September, 2026.

Anna Maria Hodges
Clerk,

by Josh R. Steib
Deputy Clerk.

$5.00 PAID

4526 R4

# RESIDENTIAL LEASE AGREEMENT

1. **PARTIES.** This Residential Lease Agreement ("Agreement") made this 12/13/2020 is between:
Landlord Name: Anita Jones with a mailing address of: 7727 N 80th St, Milwaukee WI, 53223 ("Landlord"), AND
Tenant Name(s): Shaunita Nichols ("Tenant(s)"). Landlord and Tenant are each collectively referred to as the "Parties."

2. **PROPERTY.** The Landlord agrees to lease the described property to the Tenant:

   Address: 7725 N 80th St Milwaukee WI, 53223 ("Premises").

   Residence Type: ☒ Single-family ☐ Apartment ☐ Condominium ☐ Other: ___________

3. **TERM.**
The Agreement shall begin on January 1, 2021 and end on Year to year basis ("Term").

4. **RENT.**
The Tenant shall pay the Landlord in equal monthly installments of $ 1,250.00 ("Rent"). The Rent shall be due on the 1st of every month and paid under the following instructions:
Money Order, cashier Checks or Cash.

5. **SECURITY DEPOSIT.** The Tenant (check one):

   ☒ Shall deposit with the Landlord the sum of $ 1,000.00 as security for any damage caused to the Premises during the Term. Such deposit shall be returned to the Tenant, less any itemized deductions, within 30 days after the end of the Term.

   ☐ Shall NOT be required to pay a security deposit.

6. **SIGNATURES.**

**Landlord Signature:** Anita Jones Date: 12-13-2020

Printed Name: Anita Jones

**Tenant Signature:** Shaunita Nichols Date: 12-13-2020

Printed Name: Shaunita Nichols

| | |
|---|---|
| 24-Hour Customer Service | 800-242-9137 |
| 24-Hour Electric Emergencies | 800-662-4797 |
| 24-Hour Gas Emergencies | 800-261-5325 |

we-energies.com

| Bill Date | Account Number | Next Meter Read Date | Amount Due | Payment Due Date |
|---|---|---|---|---|
| 08/20/2026 | [redacted] | 09/21/2026 | [redacted] | [redacted] |

**Customer Name** [redacted]CHOLS
**Service Address** 7725 N 80TH ST
MILWAUKEE WI 53223-3809

## Activity Since Last Bill

| | | |
|---|---|---|
| 07/22/2026 | Previous Balance | $547.02 |
| 08/19/2026 | Late Fee | $5.47 |
| | Balance | $552.49 |
| | Total Current Charges | $186.37 |
| | Total Current Balance | $738.86 |

## Electric Service

**Residential Electric Service Rg1**

**Meter NZT1291580**

| | | |
|---|---|---|
| Actual Reading 08/20/2026 | 24856 | |
| Actual Reading 07/22/2026 | -24141 | |
| Total Electric Use | 715 KWH | |

| | | |
|---|---|---|
| **Energy Charges/Credits** | | |
| Customer Charge | 29 Days at $0.49315 | $14.30 |
| Energy Charge | 715 KWH at $0.19342 | $138.30 |
| Fuel Cost Adjustment | 715 KWH at $0.00199 | $1.42 |
| **Other Service Charges/Credits** | | |
| Environmental Control Charge | 715 KWH at $0.00054 | $0.39 |
| State Low Income Assistance Fee | | $3.15 |
| | **Subtotal:** | **$157.56** |
| | **Electric Service Total:** | **$157.56** |

## Gas Service

**Residential Gas Service (WGC) Rg-1**

**Meter 0WG2610778**

| | |
|---|---|
| Actual Reading 08/20/2026 | 1455 |
| Actual Reading 07/22/2026 | -1436 |
| Total Gas Use | 19 CCF |

19 CCF x 1.066 BTU = 20.3 Therms

| | | |
|---|---|---|
| **Local Distribution Service** | | |
| Customer Charge | 29 Days at $0.33000 | $9.57 |
| Distribution | 20.3 Therms at $0.43720 | $8.88 |
| **Gas Supply Service** | | |
| Base Gas | 20.3 Therms at $0.51140 | $10.38 |
| PGA | 20.3 Therms at -$0.00570 (19/29 Days) | -$0.08 |
| PGA | 20.3 Therms at $0.00800 (10/29 Days) | $0.06 |
| | **Subtotal:** | **$28.81** |
| | **Gas Service Total:** | **$28.81** |

**Account Summary**
Bill Period: 07/22/2026 to 08/19/2026

| | Aug 2026 | Jul 2026 | Aug 2025 |
|---|---|---|---|
| Billing Days | 29 | 30 | 29 |
| Avg Temp | 73°F | 73°F | 75°F |
| Heating Deg Days | 0 | 28 | 0 |
| Cooling Deg Days | 218 | 254 | 277 |
| KWH Used | 715 | 1099 | 1136 |
| Avg KWH / Day | 24.7 | 36.6 | 39.2 |
| Therms Used | 20.3 | 20.1 | 19.1 |
| Avg Therms / Day | 0.7 | 0.7 | 0.7 |
| Utility Gas Cost | $0.48 | $0.48 | $0.45 |

**Graphs**

**Usage by Month**




**Charges by Month**




**Messages**

View your bill online anytime in My Account. Visit our website to sign up.

---------- [redacted] ----------

[redacted] PLEASE MAKE PAYMENT BY ONE OF THE FOLLOWING OPTIONS BEFORE 08/30/2026:

ACCOUNT NUMBER: 0745432940-00001 INVOICE: 6052143197 Page 1 of 2 WEC_AFP_WEE_Out 28303 {26}

Please return this stub with your payment.

ACCOUNT NUMBER: [redacted]

**See Disconnection Notice For Other Payment Options**

*Please write your account number on your check*

Amount Enclosed

12026 1 AV 0.621 OWEC006B000000003680 036 02
[redacted]CHOLS
7725 N 80TH ST
MILWAUKEE WI 53223-3809

We Energies
PO Box 1125
Glenview IL 60025-8125

030074543294000010 4000073886

Tracking Number:

# RF862482551US

Copy Add to Informed Delivery

## Latest Update

Your item arrived at our USPS facility in MILWAUKEE WI PROCESSING CENTER on September 5, 2026 at 10:51 am. The item is currently in transit to the destination.

## On the Way

**Arrived at USPS Facility**
MILWAUKEE WI PROCESSING CENTER
September 5, 2026 10:51 AM

**Unclaimed/Being Returned to Sender**
MILWAUKEE, WI 53223
September 4, 2026 1:45 PM

**Reminder to Schedule Redelivery of your item**
August 25, 2026

**Notice Left (No Authorized Recipient Available)**
MILWAUKEE, WI 53223
August 20, 2026 12:54 PM

**Processing at USPS Facility**
MILWAUKEE, WI 53203
August 19, 2026 10:54 PM

**Arrived at USPS Facility**
MILWAUKEE, WI 53203
August 19, 2026 8:16 PM

**Departed Post Office**
NEW BERLIN, WI 53151
August 19, 2026 6:31 PM

**USPS in possession of item**
NEW BERLIN, WI 53151
August 19, 2026 3:51 PM

EXHIBIT B

| | | | |
|---|---|---|---|
| | Affidavit in Support of Motion to Confirm | | |
| 03-13-2024 | Prop. order confirming sale | | |
| 03-13-2024 | Notice<br>Notice of Foreclosure Sale | | |
| 03-13-2024 | Certificate of mailing | | |
| 03-15-2024 | Sheriff's deed<br>signed and filed. | | |
| 03-15-2024 | Sheriff's report of sale | | |
| 03-25-2024 | Affidavit<br>Eligible Third-Party Bidder Affidavit, filed. | | |
| 03-27-2024 | Letters/correspondence<br>filed- from office of counsel for plaintiff, requesting to cancel confirmation of sale hearing, due to bankruptcy- hearing is removed from the calendar. | | |
| 04-12-2024 | Letters/correspondence<br>Letter to the Court. | | |
| 04-29-2024 | Petition<br>Petition to Vacate Sheriff's Sale. | | |
| 04-29-2024 | Proposed Order | | |
| 04-29-2024 | Letters/correspondence<br>Letter to the Court. | | |
| 05-02-2024 | Order<br>ORDER TO VACATE SHERIFF'S SALE | Michael J. Hanrahan-04 | |
| 05-03-2024 | Check/Disbursement – $18,000.00 | | |
| 01-27-2026 | Motion<br>Notice of Motion to Vacate and To Void Judgment. | | |
| 01-27-2026 | Notice of hearing<br>Motion hearing on February 6, 2026 at 09:30 am. | | |
| 01-27-2026 | Proposed Order | | |
| 02-02-2026 | Objection to motion<br>Plaintiff's Brief in Opposition to Defendant's Motion to Vacate and to Void Judgment. | | |
| 02-02-2026 | Affidavit<br>Declaration in Opposition to Motion to Vacate Judgment. | | |
| 02-06-2026 | Motion hearing<br>Attorney Patricia Christine Lonzo in court for loanDepot.com, LLC. Defendant Anita M. Jones in court.<br><br>Case in court for motion to vacate and to void judgment. Arguments heard. Court attempts to place ruling on record. Court advises defendant to stop interrupting. Court advises if defendant keeps interrupting will be held in contempt. Defendant keeps interrupting. Court advises will take break and then will proceed with contempt hearing. Court breaks.<br><br>Court back on the record. Court proceeds with contempt hearing. Hearing held. Court imposes three hours in custody as contempt order.<br><br>Court places full ruling as to motion to vacate and to void judgment. Court denies motion. Court takes not further action. Court advise contempt to start 10:15 am and to go until 1:15 pm. | Michael J. Hanrahan-04 | Laurie Burghardt |
| 02-06-2026 | Proposed Order Declined<br>Please see document for reason. | | |
| 02-06-2026 | Letters/correspondence | | |
| 02-06-2026 | Proposed Order | | |
| 02-09-2026 | Notice<br>Notice of Bankruptcy filed by pro se defendant Anita M. Jones at 1:33 pm. | | |